# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

CLERK, U.S. DISTRICT COURT

SEP - 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY Ram DEPUTY

Case No. LACV21-7086GW-AFM

*(to be filled in by the Clerk's Office)*

Related DDJ

|  |  |
|---|---|
| Rachel English | ) |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
|  | ) |
|  | ) |
| Hawthorne Police Department | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# I.   The Parties to This Complaint

## A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Rachel English
Address    1330 w. 92nd St.
           Los Angeles           CA           90044
                    *City*                *State*            *Zip Code*

County    Los Angeles
Telephone Number    323-756-6787
E-Mail Address

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name    Hawthorne Police Dept
Job or Title *(if known)*
Address    12501 S. Hawthorne Blvd
           Hawthorne           CA           90250
                    *City*                *State*            *Zip Code*

County    Los Angeles
Telephone Number    310-349-2700
E-Mail Address *(if known)*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2
Name    _____
Job or Title *(if known)*    _____
Address    _____
           _____
                    *City*                *State*            *Zip Code*

County    _____
Telephone Number    _____
E-Mail Address *(if known)*    _____

[ ] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

    Name                           _____

    Job or Title *(if known)*      _____

    Address                     _____

                                _____

                                *City*        *State*       *Zip Code*

    County                    _____

    Telephone Number     _____

    E-Mail Address *(if known)*   _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name                           _____

    Job or Title *(if known)*      _____

    Address                     _____

                                  _____

                                *City*        *State*       *Zip Code*

    County                    _____

    Telephone Number     _____

    E-Mail Address *(if known)*   _____

    ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment right under due Process clause to be free from use of excessive force as a pretrial detainee.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached Statement: "1983 Claim Against Hawthorne Police Dept for Violation of Civil Rights"

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

At the Hawthorne jail located at 12501 Hawthorne Blvd, Hawthorne, CA 90250 on Sept 8, 2021.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

September 8th shortly after 12am

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached Statement: "1983 Claim Against Hawthorne Police Dept for Violation of Civil Rights"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

~ Injuries:

Chronic pain

Facial contusion

seizures

Suicidal Headaches

Concussion (Head injury-brain sometimes does not function the same)

Emotional Distress (including but not limited to depression,

anxiety, Shock, loss of enjoyment of life, stress, PTSD,

trauma, anger, humiliation, embarrassment, etc)

— Required medication for nerve pain due to a car crash six months

earlier & did not receive it.

**V.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Seeking monetary $ injunctive relief. Will be more

specific & amend this complaint once I receive the

documents from the public records request that I submitted

to Hawthorne's city clerk office. I have asked the

court to order the city clerks office to provide me

with these documents as they have not responded to

my request.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8- 29- 21

Signature of Plaintiff

Printed Name of Plaintiff   Rachel   English

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number   _____

E-mail Address   _____

Print     Save As...     Add Attachment     Reset

Rachel English

1330 w 92nd st

Los Angeles, CA 90044

8-29-2021

323-756-6787

1983 Claim Against Hawthorne Police Department for Violation of Civil Rights

<u>Introduction</u>

I, Rachel English (hereinafter English), am filing a section 1983 lawsuit against the Hawthorne Police Department for violating my civil rights under the Fourteenth Amendment's Due Process Clause which "protects a pretrial detainee from the use of excessive force that amounts to punishment."[1] Municipalities cannot be held liable under section 1983 for the actions of their employees unless said employee(s) are acting pursuant to a municipal policy (Monell v. Department of Social Serv., 436 U.S. 658 [1978]). By continuing to ignore complaints of police misconduct against officer Naghaway, Hawthorne PD essentially established an unwritten policy to liberally engage in such conduct, giving Naghaway's actions the force and effect of written policy. On September 8, 2021 this policy affected me as a pretrial detainee under the guise of "maintaining order," as officer Naghaway, acting under the color of law, used her badge to initiate an attack on me that amounted to assault and battery, in violation of the fourteenth amendment. The video of this incident can be seen at www.itsbeautiful7.com. Officer Naghaway decided to verbally antagonize me, creating the false premise to forcibly seize me

_____

[1] Graham v Connor, 490 U.S. 386, 395 n. 10 (1989)

even though she was aware from my conversation with the doctor that I was in chronic pain from a car crash that happened six months earlier. I am aware of the existence of these complaints against officer Naghaway because I was contacted by a lawyer during the proceedings of my case and asked if I would be willing to testify against officer Naghaway for the lawyer's clients who had filed similar complaints against officer Naghaway.

<u>Discovery</u>

On August 2, 2021, an ACLU records request was submitted to Hawthorne's Office of the City Clerk requesting public records of reports and complaints against officer Naghaway. This request also asked for a copy of video surveillance of the police incident at the Hawthorne jail on September 8, 2021, specifically where the video shows the conversation between myself and the doctor with officer Naghaway present as I discuss my need for medication due to nerve pain from a car crash. To date they have not responded to this request. Therefore, I am asking the court to order the Hawthorne City Clerk's office to produce the requested documents and video footage. The documents and video are pertinent to establishing the facts in this case. Once I have them, I will amend my complaint.

*POLICE DEPARTMENT*

*Est. 1922*

### CITY OF HAWTHORNE

November 7th, 2019

Ms. Rachel English
1330 W. 92nd St.
Los Angeles, Ca 90044

Re: Complaint Filed with the Hawthorne Police Department

Dear Ms. English,

We have received your complaint on November 7, 2019.  The Internal Affairs case number assigned to your complaint will be IA 2019-21.  Your case will be investigated by Sergeant Port.

If you have any questions or comments, Sergeant Port can be reached at (310) 349-2804.

You will receive a letter of finding once the investigation is completed.

Sincerely,

Sergeant Christopher Port #320
Internal Affairs Unit

9



*Est. 1922*

## CITY OF HAWTHORNE

November 11, 2019

Ms. Rachel English
1330 W. 92nd St.
Los Angeles, Ca 90044

Re: Complaint against Jailer Naghaway and Espinosa

Dear Ms. English,

In regards to your complaint that you filed on 11/07/19, an investigation has been completed by the Hawthorne Police Department, including a complete review of all the documentation and recordings available. Based on the investigation, it has been concluded that your complaint by the above officer(s) be classified as *Exonerated*.

The following is the definition of the "Official Finding" found in the Hawthorne Police Department policy and Procedure Manual:

### 2.05.19:  OFFICIAL CLASSIFICATION OF FINDINGS

A.      **SUSTAINED**
When the investigation discloses information that is sufficient to prove by the preponderance of evidence that the allegation(s) or charge(s) are true.

B.      **NOT SUSTAINED**
When the investigation discloses that there is not sufficient evidence to prove the allegation(s) or charge(s).

C.      **UNFOUNDED**
When the investigation discloses that the allegation(s) or charge(s) complained of, did not occur, OR; did not involve a Department employee.

D.      **EXONERATED**
When the investigation discloses that the act(s) complained of, did occur, but the act(s) were lawful, justified and proper.

Per California law (Penal Code 832.7) the personal records and discipline of peace officers is confidential. Although, specific information cannot be released, please be assured that the investigation conducted was thorough and our department has taken appropriate action in this matter.

Thank you,

Sincerely,

Sergeant Christopher Port
Office of Internal Affairs

12501 South Hawthorne Boulevard  •  Hawthorne, California 90250
**www.hawthornepolice.com**

*10*

Rachel English
1330 w 92nd st
Los Angeles, CA 90044
323-756-6787

Date: 7-29-21

PRA Request Submitted to:
Hawthorne Police Department
12501 S. Hawthorne Blvd
Hawthorne, CA 90250
Tel: 310-349-2700

RE: **Request for Public Records Regarding Naghaway**

To Whom It May Concern:

I, Rachel English, request the release of records under the California Public Records Act, Gov't Code §§ 6250 *et seq.*, California Penal Code §§832.7-832.8, and Art. I, § 3(b) of the California Constitution. I seek copies of all records in your office's possession, regardless of who created them in relation to police misconduct reports and/or complaints regarding officer Naghaway. Please provide all records in your agency's possession up until the date that this request was received, including but not limited to, videos related to such incidents/complaints.

I seek a copy of all disclosable records relating to the report, investigation, findings and administrative discipline of officer Naghaway. This includes all records related to the following conduct:

- An incident involving the discharge of a firearm at a person;
- An incident in which the use of force resulted in death or great bodily injury;
- Any sustained finding involving dishonesty directly relating to the reporting, investigation, or prosecution of a crime, including, but are not limited to, any sustained finding of perjury, false statements, filing false reports, destruction, falsifying, tampering with, or concealing of evidence, receipt or solicitation of bribes, loans, favors, or gifts, misappropriation of property, obstructing an investigation, or influencing a witness
- Specifically, I am also requesting a video copy of the incident that occurred on 9-8-2019 during the early am (after or about 12am), while I was in custody at the Hawthorne Police Dept jail. I need every video angle of this incident that you have and I need a copy of the video surveillance starting at the point where I am having a discussion with the doctor about pain medication. Therefore, the video needs to begin where the doctor shows up. Obviously, I need the video with audio.

Records include all investigative reports; photographic, audio, and video evidence; transcripts or recordings of interviews; autopsy reports; all materials compiled and presented for review to the district attorney or to any person or body charged with determining whether to file criminal

*11*

charges against an officer in connection with an incident, or whether the officer's action was consistent with law and agency policy for purposes of discipline or administrative action, or what discipline to impose or corrective action to take; documents setting forth findings or recommended findings; and copies of disciplinary records relating to the incident, including any letters of intent to impose discipline, any documents reflecting modifications of discipline due to the Skelly or grievance process, and letters indicating final imposition of discipline or other documentation reflecting implementation of corrective action.

Please respond to this request in ten days, by providing paper copies of requested reports (for pickup) or by providing a written response setting forth the specific legal authority on which you rely in failing to disclose each requested record, or by specifying a date in the near future to respond to the request. See Cal. Gov't Code § 6255. Pursuant to section 6253, please disclose all reasonably segregable non-exempt information from any portions of records you claim are exempt from disclosure.

If any records requested above are available in electronic format, please provide them in an electronic format, as provided in Govt. Code § 6253.9. To assist with the prompt release of responsive material, I ask that you make records available to me as you locate them, rather than waiting until all responsive records have been collected and copied.

Please contact me promptly via phone to pick up these records.


Because I AM A COMPLAINANT IN AN INCIDENT INVOLVING OFFICER Naghaway, I request that you waive any fees. *North Cty. Parents Ass'n v. Dep't of Ed.*, 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e). However, should you be unable to do so, I, Rachel English, will reimburse your agency for the "direct costs" of copying these records.
Thank you in advance for providing the records I have requested. Please do not hesitate to contact me with any questions regarding this letter.


Sincerely,

Rachel English

One Regent Street, Suite 304
Inglewood, CA  90301
Tel. (310) 419-5248
Fax. (310) 672-5293

**RICARDO D. GARCIA**
PUBLIC DEFENDER

June 15, 2020

Rachel English
1330 West 92nd Street
Los Angeles, CA  90044

Re:    **People v. Rachel English**
       **Case No. 9IN04710**

Dear Rachel:

The Public Defender has been appointed by the Inglewood Court of the Los Angeles County to represent you in a criminal matter.

Your case was heard in Department **7**, of the Los Angeles Superior Court on **June 11, 2020**, at 8:30 a.m.

Please be advise, the above reference misdemeanor case was dismissed, and you have no further court appearance.

If you have any questions, please contact me at (310) 419-5747.

Sincerely

*Marlene. Mc Neill*s

Deputy-Public Defender

MM:dm

"To Enrich Lives Through Effective and Caring Service"