UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-cv-07086-GW (AFM)                                             Date:  January 27, 2022

Title   Rachel English v. Hawthorne Police Department

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

      On December 14, 2021, the Court dismissed plaintiff's First Amended Complaint with Leave to Amend ("Order") and advised plaintiff that if she desired to pursue the action she may file a Second Amended Complaint remedying the pleading deficiencies discussed in the Order by January 14, 2022. (ECF No. 10.) Plaintiff was admonished that if she failed to timely file a Second Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed a Second Amended Complaint.

      Accordingly, IT IS ORDERED that within 30 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a Second Amended Complaint within 30 days shall discharge the Order to Show Cause.

      Further, plaintiff is admonished that if he fails to timely file a Second Amended Complaint remedying the pleading deficiencies or otherwise fails to respond to this order to show cause, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

      IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |