JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ENGLISH,<br><br>                    Plaintiff,<br><br>        v.<br><br>HAWTHORNE POLICE<br>DEPARTMENT, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-07086-GW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED:  May 26, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE